AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

JUL 1 3 2016

, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Javier Navarro SOLIS Jr.<br>USC: 1990<br><br>*Defendant(s)* | )<br>)<br>) Case No. M-16-1316-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __6/20/2016__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Possession of a firearm by an individual having been convicted of a felony. |

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

Approved as to form
D. Paxton AUSA

_____
Complainant's signature

Joshua Wedesky, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/13/16

_____
Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Dorina Ramos
*Printed name and title*

I, Special Agent Joshua Wedesky, affiant, do hereby depose and state the following:

1. Your affiant has been employed by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) as a Special Agent since March 2015. I am currently assigned to ATF McAllen Group I. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy. During this time, your affiant has been trained in the investigative techniques and enforcement of federal firearms and explosives laws.

2. You affiant's current duties and responsibilities with ATF include investigating violations of federal criminal laws. Based on my training and experience, I am familiar with Title 18, United States Code, Section 922 (g) (1), which makes it a violation for any person who has been convicted of a felony to possess any firearms or ammunition that has traveled in and/or affecting interstate or foreign commerce.

3. On June 20th, 2016 ATF Special Agents utilized an ATF Cooperating Defendant to purchase an AR-15 style rifle from Javier SOLIS Jr. at his residence at 1114 San Francisco Avenue Edinburg, Texas 78542. The deal took place in the driveway of the residence in and around a black Chevy Silverado pickup truck. The firearm was also sold with two high capacity magazines, one of which was loaded with twenty rounds of .223 ammunition manufactured by Remington. This deal was monitored by ATF Special Agents who were conducting surveillance in the area of the residence, and this purchase of evidence was recorded via audio/video recorder and maintained in ATF custody.

4. The rifle purchased is further described as a American Tactical/BCI Defense LLC, Model: MilSport, multi caliber rifle, SN: MS001549. An ATF interstate nexus expert has stated that this firearm was manufactured outside of the state of Texas.

5. Judgment of Conviction documentation has been obtained that shows Javier Navarro SOLIS Jr. has a first degree felony conviction for "Possession With Intent to Deliver Controlled Substance, To-Wit: Cocaine, In an amount of four grams or more but less than 200 grams" in the 389th Judicial District Court of Hidalgo County, Texas on July 29, 2010 (CR-2503-10-H).

Based on the previously stated facts, your affiant believes that there probable cause that Javier Navarro SOLIS Jr. violated Title 18 USC 922 (g)(1) - Felon in Possession of a Firearm.